*UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| MARIE HUTCHINS AND BRADLEY HUTCHINS, KATJANNA HUTCHINS AND MIKAYLA HUTCHINS,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant, | JUDGMENT IN A CIVIL CASE<br><br>Case No.  CV 04-714-TUC-JMR(CRP) |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE,** as to Defendant, UNITED STATES OF AMERICA, with each party to bear its own costs and attorney's fees.

December 16, 2005                          RICHARD H. WEARE
Date                                       CLERK


                                           s/Kay Davis
                                           (By) Kay Davis, Deputy Clerk

Copies to: J/B